**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

MARLENE FRIAS,

Plaintiff,

-against-

MELISSA AVILES-RAMOS, et al.,

Defendants.

-----------------------------------------------------------------------X

25 **CIVIL** 6613 (JPO)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2026, Plaintiff's motion for summary judgment is DENIED and Defendants' cross-motion for summary judgment is GRANTED. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**